FILED
2018 Mar-07  PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SPARTA INSURANCE COMPANY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civil Action No. 2:17CV1960-RDP** |
| **vs.** | * | |
| | * | |
| **ALABAMA TERMITE & PEST** | * | |
| **CONTROL, INC, its principal,** | * | |
| **KENNETH ESTES, and JAMES** | * | |
| **and MARY JEFFERSON** | * | |
| | * | |
| **Defendants.** | * | |

## JOINT MOTION FOR VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff SPARTA Insurance Company ("SPARTA"), Defendant Alabama Termite and Pest Control, Inc. ("ATPC"), and Defendant Kenneth Estes (collectively, "Parties"), by and through their undersigned counsel, respectfully submit that this action (2:17cv1960), in its current posture, is due to be dismissed without prejudice. As grounds for this motion, the Parties provide the following:

1.     During a hearing on ATPC's First Motion [10] to Stay, the Court noted that the issue of whether SPARTA owes ATPC a duty to defend in the underlying state court action would most likely not be adjudicated prior to the state court action's May 14th trial date.

2.      As a practical matter, therefore, the issue of whether SPARTA owes

ATPC a duty to defend is most likely moot, at least with respect to the underlying

state trial court proceedings.

3.      Furthermore, the Court previously dismissed (Doc. 21) SPARTA's

duty to indemnify argument without prejudice because it was premature.

4.      In light of the foregoing, the Parties to this motion argue that there are

presently no controversies for this Court to adjudicate in this Federal Declaratory

Judgment Action.

5.      Accordingly, the Parties respectfully request that this Court dismiss

SPARTA's Federal Declaratory Judgment Action without prejudice.

6.      The Parties to this motion further stipulate that:

a.      SPARTA shall maintain any and all coverage defenses that were

raised or could have been raised in this Federal Declaratory Judgment Action;

b.      SPARTA has reserved its rights to reassert any and all coverage

defenses that it might have regarding whether SPARTA owes ATPC a duty to defend

or a duty to indemnify;

c.      ATPC and James and Mary Jefferson have reserved their rights to reassert any claims and/or defenses that were raised or could have been raised in this Federal Declaratory Judgment Action;

d.      The Parties shall bear their own costs;

7.      Finally, in light of this Joint Motion to Dismiss without Prejudice, the Parties respectfully request to be relieved from filing a Joint Status Report, the deadline for which is March 7th, 2018 (Doc. 21).

8.      Counsel for James and Mary Jefferson has indicated that he opposes this motion.

**Respectfully submitted** on March 7, 2018

/s/ *Allan S. Jones*

**Allan S. Jones (ASB-4458-E37A)**
**Robert R. Zalanka (ASB-2314-Q48M)**
Attorneys for SPARTA Insurance Company

OF COUNSEL:
CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
jwatson@carrallison.com
T: (205) 822-2006

/s/ *Jon B. Terry*

**Jon B. Terry (ASB-7500-R465)**
Attorney for Alabama Termite & Pest Control, Inc.

OF COUNSEL:
BAINS & TERRY
1813 3rd Ave. N.

Bessemer, AL 35020
bainsjbt@bellsouth.net

# CERTIFICATE OF SERVICE

I hereby certify that I have this date, using the CM/ECF filing system which will send notification of such filing, served a copy of the foregoing pleading upon counsel of record listed below on March 7, 2018:

Thomas F. Campbell
John Bowers
Counsel for Defendants:
Ronnie and Sheila Jones
James and Mary Jefferson
5336 Stadium Trace Parkway, Suite 206
Birmingham, AL 35244
tcampbell@campbelllitigation.com

**s/ Allan S. Jones**
**Of Counsel**